AUTOTOTE LIMITED v. NEW JERSEY SPORTS AND
EXPOSITION AUTHORITY AND AMERICAN
TOTALISATOR COMPANY.

May 5, 1980.

Petitions for certification granted. (See 171 *N.J.Super.* 480)

STATE OF NEW JERSEY v. JAMES WASHINGTON THOMAS.

May 5, 1980.

Petition for certification denied.

JOSSLINE FAUSTIN v. MAURICE LEWIS.

May 5, 1980.

Petition for certification granted. (See 172 *N.J.Super.* 399)